# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148313

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GREGGORY LEE HENDY,
        Defendant-Appellant.

SC: 148313
COA: 315587
Clinton CC: 11-008760-FH

_____/

On order of the Court, it appearing that the defendant's former appellate counsel is unavailable to explain the reason for his failure to file on the defendant's behalf in the trial court a timely post-judgment motion or to file a timely direct appeal in the Court of Appeals, the application for leave to appeal the October 29, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the defendant's delayed application for leave to appeal under the standard for direct appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

p0616